# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br><br> Plaintiffs-Appellees, <br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> Defendants-Appellants, <br><br> STATE OF CALIFORNIA, *et al.*, <br><br> Intervenor Defendants-Appellants. | No. 19-10011 |

## MOTION TO WITHDRAW APPEARANCE

I, Brett A. Shumate, hereby move to withdraw my appearance on behalf of the United States in the above-captioned case because I will be leaving the Department of Justice. The United States will continue to be represented by another attorney at the Department of Justice who has entered an appearance in this case.

DATED: April 11, 2019

Respectfully submitted,

*/s/ Brett A. Shumate*
BRETT A. SHUMATE
Deputy Assistant Attorney General
U.S. Department of Justice
Civil Division
950 Pennsylvania Ave, NW
Washington, DC 20530
Telephone: (202) 514-2331
Email: Brett.A.Shumate@usdoj.gov

cc: Counsel of Record (via CM/ECF)